IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02592-RPM

JACQUELINE TREMETHICK,

     Plaintiff,

v.

FARMERS INSURANCE EXCHANGE and
FARMERS GROUP INC.,

     Defendants.
_____

Amended ORDER EXTENDING DEADLINES
_____

     The Court having reviewed Plaintiff's Unopposed Motion for 30-Day Extensions of Time to Designate Experts, of Discovery Cutoff, and of Dispositive Motions Deadline, filed August 30, 2011, and being fully advised in the premises, it is hereby

     ORDERED that the motion is granted. The Court hereby extends the deadline to designate affirmative expert disclosures to and including October 12, 2011, the deadline to designate contradicting expert witnesses to and including November 13, 2011, the deadline to designate rebuttal expert witnesses to and including December 14, 2011, the discovery cutoff to and including January 13, 2012, and the dispositive motions deadline to and including February 16, 2012.  The Scheduling Order is amended accordingly.

     Dated this 1st day of August, 2011.

                                  BY THE COURT
                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge