IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE and
FARMERS GROUP INC.,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT FARMERS GROUP, INC.
_____

Pursuant to the Stipulation of Dismissal of Defendant Farmers Group, Inc., [21] filed October 20, 2011, it is

ORDERED that Defendant Farmers Group, Inc., is dismissed, with prejudice, as a party to this action, each party to pay their own costs and attorneys' fees with respect to any claims related to or made against Farmers Group, Inc., in this litigation.

Dated:   October 24th,  2011

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    _____

                                                    Richard P. Matsch, Senior District Judge