IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Upon review of the papers filed supporting and opposing the defendant's motion for summary judgment of dismissal, filed August 16, 2012, there is sufficient evidence to support the plaintiff's claim that the defendant's termination of her employment for a violation of its overtime policy was a pretext to remove her from employment without accommodating for her disability and it is therefore

ORDERED that the defendant's motion for summary judgment is denied and this matter will be set for a pretrial conference.

Dated: March 7th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge