IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

      Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

      Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to this Court's Order Denying Motion for Summary Judgment [46] entered March 8, 2013, it is

ORDERED that a pretrial conference is scheduled for **April 11, 2013, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 4, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

Dated:  March 12th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge