IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

      Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

      Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened April 11, 2013, it is

ORDERED that this matter is set for trial to jury on **September 23, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a trial preparation conference is set for **August 30, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: April 15th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge