IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

    Defendant.

_____

ORDER VACATING TRIAL PREPARATION CONFERENCE AND TRIAL
_____

    Pursuant to the parties' Status Report [54], filed August 27, 2013, it is

    ORDERED that the trial preparation conference set for August 30, 2013 at 2:00 p.m. and the trial set for September 23, 2013 are vacated.  It is

    FURTHER ORDERED that dismissal papers shall be filed by September 20, 2013.

    DATED: August 27th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge