IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02592-RPM

JACQUELINE TREMETHICK,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [56] filed September 9, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED: September 10th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge